```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


                               )
UNITED STATES OF AMERICA,      )
                               )
          v.                   )     CRIMINAL NO. 03-10329-PBS
                               )
ANGELO BRANDAO,                )
          Defendant.           )
                               )
```

**DENIAL OF**
**CERTIFICATE OF APPEALABILITY**

June 21, 2010

SARIS, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3), the court **DENIES** the request for a certificate of appealability on the ground that the applicant has not made a substantial showing of the denial of a constitutional right.

                                              S/PATTI B. SARIS
                                              United States District Judge